**Opinion issued June 21, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00224-CR

———————————

## IN RE TED LAWRENCE ROBERTSON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Ted Lawrence Robertson, petitioned for writ of mandamus asking that we compel the trial court to vacate his sentence in the underlying case because the sentence was void.[1]

---

[1] The underlying case is *State of Texas v. Ted Lawrence Robertson*, No. 940376 (174th Dist. Ct., Harris Cnty., Tex.), the Honorable Ruben Guerrero presiding.

We deny the petition for writ of mandamus.All pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do Not Publish.  TEX. R. APP. P. 47.2(b).